FILED
CLERK, U.S. DISTRICT COURT

MAR 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANKIE L. PICKENS,                )   CASE NO. CV 07-992-SGL (PJW)
                                   )
             Plaintiff,            )
                                   )   ORDER ACCEPTING REPORT AND
      v.                           )   ADOPTING FINDINGS, CONCLUSIONS,
                                   )   AND RECOMMENDATIONS OF UNITED
LEROY BACA, et al.,                )   STATES MAGISTRATE JUDGE
                                   )
             Defendants.           )
_____)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

      DATED:    3-13-08 .


                              _____
                              STEPHEN G. LARSON
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\PICKENS, F 992\Order accep r&r.wpd