FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANKIE L. PICKENS,            )  Case No. CV 07-992-SGL (PJW)
                               )
          Plaintiff,           )
                               )  J U D G M E N T
     v.                        )
                               )
LEROY BACA, et al.,            )
                               )
          Defendants.          )
_____)

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED:   3-13-08   .

                                   _____
                                   STEPHEN G. LARSON
                                   UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\PICKENS, F 992\Judgment.wpd